UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRENDAN McGUINNESS,                    CIVIL ACTION NO. 05-11738-EFH

       Plaintiff,

       v.

JAMES R. BENDER,
LOIS RUSSO,
MICHAEL D. FARLEY,
JASON J. OLIVER,
DAVID M. SHAW,
JUAN MEZA,
JOHN A. BELAIR, and
JOHN A. FLOWERS,

       Defendants.

## NOTICE OF APPEARANCE

       Counsel enters appearance for the defendants.

Dated: February 26, 2006                    Respectfully submitted,


                       NANCY ANKERS WHITE
                       Special Asst. Attorney General

                       /s/ William D. Saltzman_____
                       William D. Saltzman, BBO No. 439749
                       Department of Correction Legal Division
                       70 Franklin Street, Suite 600
                       Boston, Massachusetts 02110
                       (617) 727-3300, Ext. 154
                       wdsaltzman@doc.state.ma.us

## CERTIFICATE OF SERVICE

       I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 27, 2006.


Dated: February 26, 2006                    /s/ William D. Saltzman_____
                       William D. Saltzman