RE: <u>McGuinness</u> v <u>Bender, et al.</u>
U.S.D.C. # <u>05-11738-EFH</u>

FILED
IN CLERKS OFFICE
2006 MAR 22  P 12: 24
U.S. DISTRICT COURT
DISTRICT OF MASS.

March 19, 2006.

Dear Clerk,

    A status conference has been scheduled in the above-referenced matter for 3/29/06. I am the plaintiff and I'm presently confined at the Souza-Baranowski Correctional Center in Shirley, MA.

    I am writing to ask that a habe be sent out in case this has been overlooked.

    Thank you very much.
Sincerely,

Brendan M M<u>c</u>G-
Brendan McGuinness
S.B.C.C.
P.O. Box 8000
Shirley, MA 01464