UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRENDAN McGUINNESS,           CIVIL ACTION NO. 05-11738-EFH

    Plaintiff,

    v.

JAMES R. BENDER,
LOIS RUSSO,
MICHAEL D. FARLEY,
JASON J. OLIVER,
DAVID M. SHAW,
JUAN MEZA,
JOHN A. BELAIR, and
JOHN A. FLOWERS,

    Defendants.

## MOTION TO FURTHER ENLARGE

The defendants, by counsel, move that the time for responding to the plaintiff's motion for partial summary judgment be further enlarged up to and including **April 14, 2006**. As reason therefore, the defendants state that counsel requires additional time to research and respond to the factual and legal claims presented by this motion. The additional time is also required because of counsel's other litigation responsibilities, and because of the increasing number of cases assigned to this office.

Dated: April 10, 2006          Respectfully submitted,

                                             NANCY ANKERS WHITE
                                             Special Asst. Attorney General

                                             /s/ William D. Saltzman
                                             William D. Saltzman, BBO No. 439749
                                             Department of Correction Legal Division
                                             70 Franklin Street, Suite 600
                                             Boston, Massachusetts 02110
                                             (617) 727-3300, Ext. 154
                                             wdsaltzman@doc.state.ma.us

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 10, 2006.

Dated: April 10, 2006            /s/ William D. Saltzman_____
                                          William D. Saltzman