UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRENDAN McGUINNESS,                         CIVIL ACTION NO. 05-11738-EFH

    Plaintiff,

    v.

JAMES R. BENDER,
LOIS RUSSO,
MICHAEL D. FARLEY,
JASON J. OLIVER,
DAVID M. SHAW,
JUAN MEZA,
JOHN A. BELAIR, and
JOHN A. FLOWERS,

    Defendants.

## **DEFENDANTS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

For the reasons set forth in the accompanying memorandum of law, the defendants move that partial summary judgment enter in their favor, as provided by Fed.R.Civ.P. 56.

Dated: April 11, 2006                         Respectfully submitted,

                                                          NANCY ANKERS WHITE
                                                          Special Asst. Attorney General

                                                          /s/ William D. Saltzman
                                                          William D. Saltzman, BBO No. 439749
                                                          Department of Correction Legal Division
                                                          70 Franklin Street, Suite 600
                                                          Boston, Massachusetts 02110
                                                          (617) 727-3300, Ext. 154
                                                          wdsaltzman@doc.state.ma.us

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 11, 2006.

2

Dated: April 11, 2006                               /s/ William D. Saltzman
                                                    William D. Saltzman