UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRENDAN McGUINNESS,               CIVIL ACTION NO. 05-11738-EFH

    Plaintiff,

    v.

JAMES R. BENDER,
LOIS RUSSO,
MICHAEL D. FARLEY,
JASON J. OLIVER,
DAVID M. SHAW,
JUAN MEZA,
JOHN A. BELAIR, and
JOHN A. FLOWERS,

    Defendants.

## OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT SIX OF THE AMENDED COMPLAINT

For the reasons set forth in the accompanying memorandum of law, the defendants oppose the plaintiff's motion for partial summary judgment on count six of the amended complaint.

Dated: September 5, 2006          Respectfully submitted,

                                            NANCY ANKERS WHITE
                                            Special Asst. Attorney General

                                            /s/ William D. Saltzman
                                            William D. Saltzman, BBO No. 439749
                                            Department of Correction Legal Division
                                            70 Franklin Street, Suite 600
                                            Boston, Massachusetts 02110
                                            (617) 727-3300, Ext. 154
                                            wdsaltzman@doc.state.ma.us

CERTIFICATE OF SERVICE

      I hereby certify that this opposition filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 5, 2006.

Dated: September 5, 2006    /s/ William D. Saltzman
                                                             William D. Saltzman