UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRENDAN McGUINNESS,                              CIVIL ACTION NO. 05-11738-EFH

    Plaintiff,

    v.

JAMES R. BENDER,
LOIS RUSSO,
MICHAEL D. FARLEY,
JASON J. OLIVER,
DAVID M. SHAW,
JUAN MEZA,
JOHN A. BELAIR, and
JOHN A. FLOWERS,

    Defendants.

## DEFENDANTS' CROSS-MOTION FOR FOR PARTIAL SUMMARY JUDGMENT ON COUNT SIX OF THE AMENDED COMPLAINT

For the reasons set forth in the accompanying memorandum of law, the defendants cross-move that partial summary judgment enter in their favor on count six of the amended complaint, as provided by Fed.R.Civ.P. 56.

Dated: September 5, 2006        Respectfully submitted,

                                      NANCY ANKERS WHITE
                                    Special Asst. Attorney General

                                    /s/ William D. Saltzman
                                    William D. Saltzman, BBO No. 439749
                                    Department of Correction Legal Division
                                    70 Franklin Street, Suite 600
                                    Boston, Massachusetts 02110
                                    (617) 727-3300, Ext. 154
                                    wdsaltzman@doc.state.ma.us

2

CERTIFICATE OF SERVICE

      I hereby certify that this cross-motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 5, 2006.

Dated: September 5, 2006    /s/ William D. Saltzman_____
                                       William D. Saltzman