# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BRENDAN M. McGUINNESS,
                     Plaintiff

            v.                               CIVIL ACTION NO.:
                                              05-11738-EFH

JAMES R. BENDER, ET AL.,
                     Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

September 12, 2006

HARRINGTON, S.D.J.

      In response to Plaintiff Brendan M. McGuinness' Motion Against Defendants the Department of Correction regarding plaintiff's legal mail, the Court has considered plaintiff's motion.

      The Court orders the Department of Correction to allow plaintiff to mail any and all correspondence pertaining to this particular case, <u>McGuinness v. Bender</u>, Civil Action No. 05-11738-EFH.

      SO ORDERED.

                                                /s/ Edward F. Harrington
                                                EDWARD F. HARRINGTON
                                                United States Senior District Judge