RE: <u>McGuinness</u> v. <u>Bender, et al.</u>
U.S.D.C. Civ. # <u>05-11738-EFH</u>

Dear Clerk:

Please be advised that my address has changed from Shirley, MA to:

Brendan M. McGuinness
MCI-Cedar Junction
P.O. Box 100
S. Walpole, MA 02071

Thank you.

Brendan M...