UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRENDAN McGUINNESS,   CIVIL ACTION NO. 05-11738-EFH

    Plaintiff,

v.

JAMES R. BENDER,
LOIS RUSSO,
MICHAEL D. FARLEY,
JASON J. OLIVER,
DAVID M. SHAW,
JUAN MEZA,
JOHN A. BELAIR, and
JOHN A. FLOWERS,

    Defendants.

## MOTION TO FURTHER ENLARGE TIME FOR RESPONDING TO DISCOVERY

The defendants, by counsel, move that the time for responding to the plaintiff's two sets of interrogatories, each entitled "Plaintiff's Request for Admissions and/or Interrogatories of Defendants, dated August 11, 2006, be further enlarged up to and including **October 27, 2006**. As reason therefore, the defendants state that counsel requires additional time to complete and serve defendants' discovery responses. The additional time is required because of counsel's other litigation responsibilities, and because of the increasing number of cases assigned to this office.

| | |
|---|---|
| Dated: October 13, 2006 | Respectfully submitted, |// 

Dated: October 13, 2006                        Respectfully submitted,

                                                   NANCY ANKERS WHITE
Special Asst. Attorney General

/s/ William D. Saltzman
William D. Saltzman, BBO No. 439749
Department of Correction Legal Division
70 Franklin Street, Suite 600
Boston, Massachusetts 02110
(617) 727-3300, Ext. 154
wdsaltzman@doc.state.ma.us

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 13, 2006.

Dated: October 13, 2006            /s/ William D. Saltzman
                                                         William D. Saltzman