# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

BRENDAN M. McGUINNESS,
                      Plaintiff

                v.                                    CIVIL ACTION NO.:
                                                      05-11738-EFH

JAMES R. BENDER, ET AL.,
                      Defendants.

* * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

November 30, 2006

HARRINGTON, S.D.J.

     A Status Conference in this case is scheduled for **Wednesday, December 13, 2006**, at 10:00 A.M. in Courtroom No. 13 on the Fifth Floor.

     SO ORDERED.

                                                    /s/ Edward F. Harrington
                                                    EDWARD F. HARRINGTON
                                                    United States Senior District Judge