UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-CV- 11738-EFH

BRENDAN M. MCGUINNESS,

    Plaintiff,

    v.

JAMES R. BENDER, ET AL.,

    Defendants.

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendants for this case.

Dated: December 15, 2006

    Respectfully submitted,

    Defendants,
    By their attorney,

    NANCY ANKERS WHITE
    Special Assistant Attorney General

    /s/ Daryl F. Glazer
    Daryl F. Glazer, Counsel
    BBO No. 567138
    Department of Correction
    Legal Division
    70 Franklin Street, Suite 600
    Boston, MA 02110-1300
    (617) 727-3300 ext.102
    Dfglazer@doc.state.ma.us