CERTIFICATE OF SERVICE

      I, Daryl F. Glazer, Counsel for the Department of Correction, hereby certify that on this 15th day of December 2006, I caused a copy of the foregoing Notice of Appearance, to be served on Plaintiff, by first class mail, postage prepaid at his address, MCI-Cedar Junction, P.O. Box 100, Walpole, MA 02071.

Date: December 15, 2006           /s/ Daryl F. Glazer
                                                Daryl F. Glazer
                                                Counsel