# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BRENDAN M. McGUINNESS,
                Plaintiff

        v.                                   CIVIL ACTION NO.:
                                                          05-11738-EFH

JAMES R. BENDER, ET AL.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

December 19, 2006

HARRINGTON, S.D.J.

     The parties in this case having waived their right to trial by jury, the Court orders that the trial commencing on Tuesday, January 2, 2007, at 9:00 A.M., shall be tried before the Court without a jury.

     SO ORDERED.

                                                 /s/ Edward F. Harrington
                                                 EDWARD F. HARRINGTON
                                                 United States Senior District Judge