## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * *

BRENDAN M. McGUINNESS,
                      Plaintiff

            v.                                 CIVIL ACTION NO.:
                                                         05-11738-EFH

JAMES R. BENDER, ET AL.,
                      Defendants.

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

December 29, 2006

HARRINGTON, S.D.J.

    The above-entitled case, having been reported settled by the parties, is hereby dismissed.

    SO ORDERED.

                                          /s/ Edward F. Harrington
                                          EDWARD F. HARRINGTON
                                          United States Senior District Judge